| B9I (Official Form 9I) (Chapter 13 Case) (12/12) | Case Number **14−31779** |
|---|---|
| UNITED STATES BANKRUPTCY COURT Middle District of Alabama | |

## Notice of
## Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines

The debtor(s) listed below filed a chapter 13 bankruptcy case on July 9, 2014.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors −− Do not file this notice in connection with any proof of claim you submit to the court.**
**See Reverse Side For Important Explanations**

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Hope Bates
3531 Carter Hill Road Apt A−104
Montgomery, AL 36111

| Case Number:<br>14−31779 | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>xxx−xx−4248 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>Joshua C. Milam<br>Shinbaum & Campbell<br>566 S. Perry Street<br>Montgomery, AL 36104<br>Telephone number: 334−269−4440 | Bankruptcy Trustee (name and address):<br>Curtis C. Reding<br>P. O. Box 173<br>Montgomery, AL 36101<br>Telephone number: 334−262−8371 |

### Meeting of Creditors
*** photo identification required ***

Date: **August 12, 2014**         Time: **01:30 PM**
Location: **Frank M. Johnson, Jr. Federal Courthouse, (Lee St. entrance), Sec. 341 Meeting Room (105), Montgomery, AL 36104**

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

### Deadline to File a Proof of Claim:
For all creditors (except a governmental unit): **November 10, 2014**   For a governmental unit (except as otherwise provided in Fed. R. Bankr. P. 3002 (c)(1)):

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: October 14, 2014**

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Filing of Plan, Hearing on Confirmation of Plan
The debtor has filed a plan. The plan or a summary of the plan is enclosed. The hearing on confirmation will be held:
Date: **September 15, 2014**, Time: **09:30 AM**, Location: **U.S. Bankruptcy Court, One Church Street, Courtroom 4C, Montgomery, AL 36104**

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor, the debtor's property, and certain codebtors. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| **Address of the Bankruptcy Clerk's Office:**<br>One Church Street<br>Montgomery, AL 36104<br>Telephone number: 334−954−3800 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Juan−Carlos Guerrero |
|---|---|
| Hours Open: Monday − Friday 8:00 AM − 4:00 PM | Date: July 10, 2014 |

# EXPLANATIONS

<span style="float:right">B9I (Official Form 9I) (12/12)</span>

| | |
|---|---|
| Filing of Chapter 13 Bankruptcy Case | A bankruptcy case under Chapter 13 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts pursuant to a plan. A plan is not effective unless confirmed by the bankruptcy court. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on the front of this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the debtor's property and may continue to operate the debtor's business, if any, unless the court orders otherwise. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions against the debtor and certain codebtors are listed in Bankruptcy Code § 362 and § 1301. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 10") can be obtained at the United States Courts website: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the "Deadline to File a Proof of Claim" listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid, you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.<br>*Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to a discharge under Bankruptcy Code § 1328(f), you must file a motion objecting to discharge in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 523 (a)(2) or (4), you must file a complaint in the bankruptcy clerk's office by the same deadline. The bankruptcy clerk's office must receive the motion or the complaint and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors, even if the debtor's case is converted to chapter 7. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

## Refer to Other Side for Important Deadlines and Notices

```
                                   United States Bankruptcy Court
                                    Middle District of Alabama
In re:                                                                                  Case No. 14-31779-DHW
Hope Bates                                                                              Chapter 13
        Debtor                            CERTIFICATE OF NOTICE
District/off: 1127-2           User: admin                   Page 1 of 2                 Date Rcvd: Jul 10, 2014
                               Form ID: b9i                  Total Noticed: 48
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 12, 2014.
```
db          +Hope Bates,    3531 Carter Hill Road Apt A-104,     Montgomery, AL 36111-3416
3112270     +AFNI-BOOM,    404 Brock Dr,    Bloomington, IL 61701-2654
3112271     +ALABAMA ER ADMIN,    PO BOX 11047,    Birmingham, AL 35202-1047
3112275      ARL/LABSOUTH,    PO BOX 4600,    Montgomery, AL 36103-4600
3112273      Alabama State Employees Credit Union,    c/o Richard C. Dean, Jr.,    PO Box 1028,
              Montgomery, AL 36101-1028
3112276      BAPTIST HEALTH,    PO BOX 241145,    Montgomery, AL 36124-1145
3112277     +BAPTIST MEDICAL CENTER EAST,    C/O HCBC,    1286 CARMICAHEL WAY,    Montgomery, AL 36106-3645
3112281      COMMUNITY HOSPITAL,    805 FRIENDSHIP ROAD,    Tallassee, AL 36078-1225
3112280     +COMMUNITY HOSPITAL,    P.O. BOX 707,    TALLASSEE, AL 36078-0018
3112279     +ColorTyme Rent to Own,    3747 Eastern By Pass,    Montgomery, AL 36116-7312
3112285     +DRM FOR HOSPITAL,    4320 DOWNTOWNER LOOP S STE A,    Mobile, AL 36609-5447
3112286      DT Credit,    1800 N Colorado St,    Gilbert, AZ 85233
3112290     +ENHANCEDRE FOR TMOBILE,    8014 BAYBERRY ROAD,    Jacksonville, FL 32256-7412
3112266      EQUIFAX INFORMATION SERVICES LLC,    P.O. BOX 740241,    Atlanta, GA 30374-0241
3112268      EXPERION,    P.O. BOX 9701,    Allen, TX 75013-9701
3112291     +EZ MONEY,    1100 ANN STREET,    Montgomery, AL 36107-3002
3112289      Emergency Services of Montgomery,    PO Box 189016,    Plantation, FL 33318-9016
3112293     +JACKSON HOSPITAL,    1725 PINE STREET,    Montgomery, AL 36106-1117
3112296     +Kay Jewelers,    PO Box 1799,    Akron, OH 44309-1799
3112298     +LVNVFUNDG,    625 PILOT ROAD,    SUITE 2/3,    Las Vegas, NV 89119-4485
3112297      LabCorp,    P.O. Box 2240,    Burlington, NC 27216-2240
3112299     +MIDTOWN OAKS,    3543 CARTER HILL ROAD,    Montgomery, AL 36111-3435
3112300     +MONTGOMERY RADIOLOGY,    2055 NORMANDIE DR., STE. 108,    MONTGOMERY, AL 36111-2730
3112301     +MONTGOMERY TEACHERS FEDERAL,    CREDIT UNION,    400 ARBA STREET,    MONTGOMERY, AL 36104-5106
3112302      QUEST DIAGNOSTICS,    PO BOX 3010,    Southeastern, PA 19398-3010
3112303     +RADIOLOGY GROUP,    2257 TAYLOR ROAD, STE 200,    Montgomery, AL 36117-7792
3112305     +SECURITY FINANCE,    6156 ATLANTA HIGHWAY,    Montgomery, AL 36117-2800
3112267     +TRANSUNION CONSUMER SOLUTIONS,    P.O. BOX 2000,    CHESTER, PA 19016-2000
3112311     +TRI RIVERS CREDIT UNION,    400 ARBA STREET,    Montgomery, AL 36104-5106
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty          E-mail/Text: jmilam@smclegal.com Jul 10 2014 20:48:28      Joshua C. Milam,    Shinbaum & Campbell,
              566 S. Perry Street,    Montgomery, AL  36104
tr          +E-mail/Text: ch13montgomery@ch13mdal.com Jul 10 2014 20:49:33       Curtis C. Reding,
              P. O. Box 173,    Montgomery, AL 36101-0173
3112269     +E-mail/Text: bankruptcy@speedyinc.com Jul 10 2014 20:48:48       AD ASTRA FOR SPEEDY CASH,
              3611 N RIDGE ROAD #104,    Wichita, KS 67205-1214
3112272     +E-mail/Text: G2APCBANK@southernco.com Jul 10 2014 20:48:57       ALABAMA POWER,    200 DEXTER AVE,
              Montgomery, AL 36104-3739
3112274      E-mail/Text: dhornsby@asecu.org Jul 10 2014 20:48:53       ALABAMA STATE EMPLOYEES CU,
              1000 INTERSTATE DRIVE,    Montgomery, AL 36109
3112282     +EDI: CMIGROUP.COM Jul 10 2014 20:38:00      CREDIT MGT,    4200 INTERNATIONAL PKWY,
              Carrollton, TX 75007-1912
3112283     +E-mail/Text: CSIREQ@CREDITSYSTEMSINTL.COM Jul 10 2014 20:49:33       CREDIT SYSTEMS INTERNATIONAL,
              PO BOX 1088,    Arlington, TX 76004-1088
3112284      EDI: DISCOVER.COM Jul 10 2014 20:38:00      DISCOVER CARD,    P.O. BOX 15316,
              WILMINGTON, DE 19850-5316
3112287     +Fax: 614-760-4092 Jul 10 2014 21:25:49      EASY MONEY,    1102 ANN STREET,
              Montgomery, AL 36107-3002
3112288     +E-mail/Text: gmccormick@ivycreekhealth.com Jul 10 2014 20:49:02       ELMORE COUNTY HOSPITAL,
              500 HOSPITAL DRIVE,    Wetumpka, AL 36092-1600
3112292      EDI: IRS.COM Jul 10 2014 20:38:00      INTERNAL REVENUE SERVICE,    P O BOX 7317,
              Philadelphia, PA 19101-7317
3112294     +E-mail/Text: ebnsterling@weltman.com Jul 10 2014 20:49:00       JB ROBINSON,    375 GHENT ROAD,
              Akron, OH 44333-4601
3112304     +EDI: DRIV.COM Jul 10 2014 20:38:00      SANTANDER CONSUMER USA,    8585 N. STEMMONS FWY, STE 1100-N,
              Dallas, TX 75247-3822
3112306      EDI: SECFIN.COM Jul 10 2014 20:38:00      SECURITY FINANCE,    PO BOX 811,    Spartanburg, SC 29304
3112307      E-mail/Text: bankruptcy@speedyinc.com Jul 10 2014 20:48:47       Speede Cash,
              3611 North Ridge Road,    Wichita, KS 67205-1214
3112308     +E-mail/Text: bankruptcy@speedyinc.com Jul 10 2014 20:48:48       Speedee Cash,
              1501 Eastern Boulevard,    Montgomery, AL 36117-1605
3112309      E-mail/Text: bankruptcy@speedyinc.com Jul 10 2014 20:48:48       Speedy Cash,    3527 W. Ridge Road,
              Wichita, KS 67205
3112310     +EDI: AISTMBL.COM Jul 10 2014 20:38:00      T-MOBILE,    BANKRUPTCY TEAM,    PO BOX 53410,
              Bellevue, WA 98015-3410
3112312     +E-mail/PDF: bk@worldacceptance.com Jul 10 2014 20:52:42       WORLD FINANCE,    7959 VAUGHN ROAD,
              Montgomery, AL 36116-6656
                                                                                               TOTAL: 19
```

```
District/off: 1127-2           User: admin              Page 2 of 2              Date Rcvd: Jul 10, 2014
                               Form ID: b9i             Total Noticed: 48
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
3112278      ##+BRIDGER PATHOLOGY,    2055 NORMANDIE DRIVE, STE. 208,    Montgomery, AL 36111-2732
3112295      ##+JUST RIGHT AUTO SALES,    1998 IRIS DRIVE,    Conyers, GA 30094-5046
                                                                          TOTALS: 0, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2014                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 10, 2014 at the address(es) listed below:
NONE.                                                                                          TOTAL: 0